## HINSDALE MFG. CO. v. UNITED STATES.
### No. J–116.

Court of Claims.
June 16, 1930.

264

George M. Wilmeth, of Washington, D. C., for plaintiff.

R. C. Williamson, of Washington, D. C., and Herman J. Galloway, Asst. Atty. Gen., for the United States.

PER CURIAM.

This case is controlled by the decision in the case of the Fairmount Tool & Forging Company, a corporation, v. United States, 42 F.(2d) 591, decided by this court on this date.

Plaintiff's petition should be dismissed. It is so ordered.

See Universal Battery Co. v. United States, 281 U. S. 580, 50 S. Ct. 422, 74 L. Ed. 1051, decided by the Supreme Court May 26, 1930.